RECEIVED 

JUN 14 2023



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

Jerome Jackson          Civil Action No. 23-cv-0798
_____
Plaintiff

VS.                     Judge _____

Lincoln Parish Sheriff dep   Magistrate Judge _____
_____
Defendant

**COMPLAINT**
**UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964**

A. Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in such practices. Attach an additional sheet, if necessary.

_____
_____
_____
_____
_____
_____

B. Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices? Yes [✓] No [ ]

C. Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges? Yes [✓] No [ ]

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received: 03-30-2023

Page 1 of 2

(Rev. 12/6/12)

D. Have you received from the EEOC a copy of its determination with regard to your charges?

Yes [✓]   No [ ]

If "Yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

_____
_____
_____
_____

E. Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

_____
_____
_____
_____

F. Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date: 06-12-2023

*Jerome Jackson*
(Signature)

1100 Arlington St.
(Street Address or P.O. Box)

Ruston, La. 71270
(City, State, Zip Code)

318-514-9704 or 318-265-2309
(Area Code)   (Telephone Number)

_____
(Witness)

_____
(Witness)

Page 2 of 2